## Commonwealth *v.* Koenig, Appellant.

Submitted March 12, 1973. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Robert J. Wire, Jr.,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kotilis, Appellant.

Submitted March 19, 1973. *Michael P. Bolno* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.